F I L E D
Clerk
District Court

MAY 01 2014

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

WILLIAM L. TRACY,

                    Plaintiff,

          v.

AA ENTERPRISES INC., dba Mobil Sadog Tasi
Service Station, et al.,

                    Defendants.

Case No. 1:13-cv-00031

**ORDER CLOSING CASE**

This Court dismissed the complaint without prejudice over one month ago. (*See* ECF No. 32.)
The Clerk of Court is directed to close this case.

SO ORDERED this 1st day of May, 2014.

R AMONA V. M ANGLONA
Chief Judge