FILED
Clerk
District Court
JUL 29 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| WILLIAM L. TRACY,<br><br>**Plaintiff,**<br><br>v.<br><br>AA ENTERPRISES INC. dba MOBIL SADOG TASI SERVICE STATION *et al.*,<br><br>**Defendants.** | Case 1:13-CV-00031<br><br>**ORDER QUASHING BENCH WARRANT, WITHDRAWING ORDER TO SHOW CAUSE, AND DIRECTING RELEASE OF CASH BAIL AND CLOSURE OF CASE** |

Plaintiff's attorney Ramon K. Quichocho having posted cash bail in the amount of $1,200.00, and having consented to release of the cash bail to satisfy the $1,200.00 sanction of legal fees incurred by Defendant Ming Yang Corporation (*see* Notice of Consent to Release Bail, ECF No. 48), the Court now ORDERS as follows:

1. The bench warrant issued on July 8, 2014, for the arrest of Mr. Quichocho is QUASHED.

2. The order to show cause (ECF No. 43) issued on June 30, 2014, is WITHDRAWN.

3. The Clerk is directed to release the $1,200.00 cash bail to Mark A. Scoggins, Esq., Law Office of F. Matthew Smith, LLC, attorney for Defendant Ming Yang Corporation, in full satisfaction of the sanction imposed on June 16, 2014 (*see* Order Directing Quichocho to Pay Sanctions, ECF No. 38).

4. The Clerk is directed to close the case.

SO ORDERED this 29th day of July, 2014.

_____
Ramona V. Manglona
Chief Judge